IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02292-CMA-BNB

HARRY WALLACE,

Plaintiff,

v.

FIRST TRANSIT, INC.,

Defendant.

_____

# ORDER
_____

Pending is the plaintiff's **Motion for Default Judgment** [Doc. # 7, filed 11/8/2010]. The record reflects that the plaintiff commenced this action by filing a Complaint on September 20, 2010. Service was made on the defendant through its agent for service of process on October 13, 2010. Affidavit of Service [Doc. # 4-1, filed 10/22/2010]. The plaintiff has not responded to the Complaint, and the Clerk of the Court entered default pursuant to Fed. R. Civ. P. 55(a) on November 10, 2010. Entry of Default [Doc. # 8, filed 11/10/2010]. The Motion for Default Judgment was referred to me for recommendation on December 14, 2010.

The Complaint seeks the following relief:

> 26)  Order the Defendant to make Plaintiff whole by providing compensation for past, and future pecuniary losses incurred as a result of the unlawful employment practices described above, in amounts to be determined at trial.
>
> 27)  Order the Defendant to make Plaintiff whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

        28)  Award Plaintiff his costs and attorneys fees in this action, pursuant to 42 U.S.C. § 2000e-5(k).

Complaint [Doc. # 1] at p. 4.

The Motion for Default Judgment provides no greater detail of the damages and relief sought, stating only that "Plaintiff requests that the Court set a hearing, or refer to the Magistrate Judge for a hearing, on the amount of damages to be entered against the Defendant." Motion for Default Judgment [Doc. # 7] at ¶3.

IT IS ORDERED:

(1)     The matter is set for a status conference on **January 6, 2011, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to address the damages and other relief sought and to set a hearing on the issue of the relief to be entered; and

(2)     The plaintiff shall cause this Order to be personally served on the defendant on or before December 24, 2010, and shall file proof of that service on or before December 31, 2010.

Dated December 15, 2010.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge