IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02292-CMA-BNB

HARRY WALLACE,

Plaintiff,

v.

FIRST TRANSIT, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **First Transit's Motion for Leave to File a Short Reply in Support of its Motion to Set Aside Default** [docket no. 21, filed January 28, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and this motion is accepted as a reply.

DATED:  January 31, 2011