IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02292-CMA-BNB

HARRY WALLACE,

Plaintiff,

v.

FIRST TRANSIT, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant First Transit's Unopposed Motion for an Extension of Time in Which to Respond to Plaintiff's First Set of Discovery Requests** [docket no. 34, filed May 23, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant has to and including **May 31, 2011**, in which to respond to plaintiff's first set of discovery requests.

DATED:  May 23, 2011