IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02292-CMA-BNB

HARRY WALLACE,

Plaintiff,

v.

FIRST TRANSIT, INC.,

Defendant.

## ORDER

The parties appeared this morning through counsel for a hearing on the Joint Motion to Enter Stipulated Protective Order as an Order of the Court [Doc. # 31, filed 5/13/2011] (the "Motion").  For the reasons stated at the hearing this morning,

IT IS ORDERED that the Motion [Doc. # 31] is DENIED and the proposed Stipulated Protective Order is REJECTED.  The parties are granted leave to submit a revised proposed protective order consistent with the matters discussed at today's hearing.

Dated May 25, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge