IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02292-CMA-BNB

HARRY WALLACE,

Plaintiff,

v.

FIRST TRANSIT, INC.,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order Deadlines and Settlement Conference** [docket no. 49, filed August 15, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **October 14, 2011**; |
| Dispostiive Motion Deadline: | **November 18, 2011**. |

IT IS FURTHER ORDERED that the Settlement Conference set for September 21, 2011, is **vacated and reset to October 5, 2011, at 1:30 p.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov., on or before **September 28, 2011**.  **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and**

**any essential non-economic terms.**  Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

IT IS FURTHER ORDERED that the Pretrial Conference set for December 14, 2011, is **vacated and reset to January 18, 2012, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **January 11, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  August 15, 2011